# PARONICH LAW, P.C.

350 Lincoln Street, Suite 2400
Hingham, MA 02043

Anthony I. Paronich

Tel. (508) 221-1510
Fax (508) 318-8100
anthony@paronichlaw.com

January 14, 2021

CarGuard Administration, Inc.
c/o Robert Shaw
Holland & Knight LLP
10 St. James Avenue, 11th Floor
Boston, Massachusetts 02116

Highway Auto Protection
2372 Morse Avenue #930
Irvine, CA 92614
support@highway-pro.com

Re:   Violations of the Telephone Consumer Protection Act and related state laws.

Dear Mr. Shaw:

This firm represents Jay Connor ("Plaintiff") regarding your alleged violations of the Telephone Consumer Protection Act ("TCPA") and related state laws.  On December 31, 2020, the Plaintiff received an unsolicited telemarketing call to his wireless telephone line, (843) 718-8180. The call left a recorded message on Mr. Connor's voicemail, which is prohibited by 47 USC § 227 (b) (1) (A) (iii) without prior express written consent. Please do not call this number again.

The call transmitted the caller ID 986-497-1991, and left a message from "Brandon with Dealer Processing", with a call back request to 888-272-1085 regarding an expired factory car warranty. Mr. Connor called the number and purchased the policy to identify the source of the anonymous call. He received a policy from CarGuard Administration, Inc. (Contract # CGC27050306)

South Carolina state law provides damages for this conduct. First, S.C. Code § 37-21-50 (C) requires telephone solicitors to transmit a caller ID number that will permit a consumer to reach during normal business hours to make a request not to receive telephone solicitations. Secondly, South Carolina Law requires that:

> At the outset of a telephone solicitation, a telephone solicitor shall provide, in a clear and conspicuous manner, a first and last name to identify himself and provide the name of the person on whose behalf the telephone solicitation is being made and promptly disclose to the consumer the following information:

(1) the telephone number and address at which the telephone solicitor may be contacted;
(2) the purpose of the telephone solicitation;
(3) that no purchase is necessary to win a prize or participate in a prize promotion; and
(4) the option to be added to the telephone solicitor's in-house "do not call" list if the consumer requests being added to such list, confirmation that the consumer's name and telephone number will be placed on such list.

*See* S.C. Code § 37-21-40. South Carolina's statutory damages allow for up to $5,000 "for *each violation*" (emphasis added).

In exchange for a release of his claim, the Plaintiff demands:

1. You agree to certification of a nationwide class of all individuals called with an automatic telephone dialing system pursuant to FRCP 23 and a subclass of all South Carolina residents;
2. You agree to pay $500 for each class member and $5,000 for each violation on each violation to the South Carolina subclass; and
3. You agree to an injunction prohibiting you from making autodialed calls in the future.

If the Plaintiff moves forward with a civil action, he will be entitled to costs and reasonable attorney fees. *See* S.C. Code § 37-21-80. With respect to TCPA litigation, my hourly rate of $450.00 has been approved by a number of federal courts around the country. *See e.g., Mey v. Frontier Communications Corporation,* No. 3:13-cv-1191-MPS (D. Ct. June 9, 2017); *Heidarpour v. Central Payment Co.*, No. 16-cv-01215 (M.D. Ga. May 4, 2017); *Mey v. Interstate National Dealer Services, Inc.*, No. 14-01846 (N.D. Ga June 8, 2016); *Jay Clogg Realty Group, Inc. v. Burger King Corporation*, No. 13-cv-00662 (D. Md. April 15, 2015); *Kensington Physical Therapy, Inc. v. Jackson Therapy Partners, LLC*, No. 11-02467 (D. Md. Feb. 12, 2015).

We await your response, and the Plaintiff reserves all rights with respect to the form, nature and cause(s) of actions he intends to seek if a complaint is filed. Mr. Connor is a serious consumer advocate whose voice has been heard countrywide. Please consider our demand swiftly and carefully, as it will expire ten days from today.

Sincerely,

*/s/ Anthony I. Paronich*

Anthony I. Paronich