TROUTMAN AMIN, LLP
Eric J. Troutman (State Bar # 229263)
Brittany A. Andres (State Bar # 340856)
400 Spectrum Center Drive, Suite 1550
Irvine, California 92618
Telephone: +1 949 350 3663
Facsimile: +1 949 203 8689
troutman@troutmanamin.com
brittany@troutmanamin.com

Attorneys for Defendant
CarGuard Administration, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CLOUGH, II, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HIGHWAY AUTOMOTIVE PROS LLC D/B/A HIGHWAY AUTO PROTECTION AND CARGUARD ADMINISTRATION, INC.,<br><br>Defendants. | Case No. 8:23-cv-00107<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Robert Clough II ("Plaintiff") and Defendant CarGuard Administration, Inc. ("CarGuard") have reached a settlement in the above-captioned matter. The parties expect to file a Joint Stipulation of Dismissal once the settlement documents have been exchanged and executed. Therefore, the parties respectfully requests forty-five (45) days in order to complete settlement documents and notify this honorable Court of dismissal.

1

Additionally, the parties respectfully requests that the Court vacate all deadlines related to the above-captioned matter.

Dated: November 15, 2023            PARONICH LAW PC

*/s/ Anthony I. Paronich*_____
Anthony I. Paronich
350 Lincoln St. Ste. 2400
Hingham, MA 02043
Telephone: (615) 485-0018
Email: anthony@paronichlaw.com

*Attorney for Plaintiff Robert Clough II*

Dated: November 15, 2023            TROUTMAN AMIN, LLP

By: */s/Brittany A. Andres*_____
Eric J. Troutman
Brittany A. Andres

*Attorneys for Defendant CarGuard Administration, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2023, a copy of the foregoing was served by ECF to counsel of record.

*/s/ Brittany A. Andres*
Brittany A. Andres

2