# JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CLOUGH, II, individually, and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> HIGHWAY AUTOMOTIVE PROS LLC D/B/A HIGHWAY AUTO PROTECTION AND CARGUARD ADMINISTRATION, INC., <br><br> Defendants. | Case No. 8:23-cv-00107-CJC-JDE <br><br> **ORDER RE: STIPULATION OF DISMISSAL** |

1

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ordered that Plaintiff's individual claims in this action is dismissed with prejudice and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

Dated: January 17, 2024

_____
HONORABLE CORMAC J. CARNEY
UNITED STATED DISTRICT JUDGE